**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CAROLYN TORREY, for herself and for JT,**
**her minor child,**

          **Plaintiff,**

v.                                         Case No.  5:12-cv-662-Oc-10PRL

**MARION COUNTY SCHOOL BOARD, et al,**

          **Defendants.**
_____

## **CASE MANAGEMENT AND SCHEDULING ORDER**

        This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

        ORDERED:

        1.    Parties are directed to meet the agreed upon terms and time limit in the parties' Case Management Report, **with the exception that all dispositive motions shall be filed no later than 90 days prior to the commencement of the trial term.**

        Completion of Discovery:      FEBRUARY 3, 2014
        Dispositive Motion Deadline:   APRIL 1, 2014

        2.    Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures.

        3.    Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored.  (See Local Rule 3.05(c)(2)(E) and Local Rule 3.05(c)(3)(D).

        4.    A pre-trial conference will be held in **Courtroom #3A, Third Floor, U. S. Courthouse, 207 N.W. Second Street, Ocala, Florida**, on **JUNE 18, 2014**, at **9:00 A.M.**

        5.    This case is set for a **Jury** trial in **Courtroom #3A, Ocala, Florida**, during the weeks of **JUNE 30, JULY 7, and JULY 14, 2014**.

6.     Parties are reminded the pretrial statement shall be filed with the Court no later than seven (7) days before the date of the final pretrial conference. (See Local Rule 3.06(c).

7.     In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pretrial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

DONE and ORDERED this 11th day of March, 2013.

WM. TERRELL HODGES
United States District Judge

By: *Maurya McSheehy*
Deputy Clerk

Distribution:
-Copy to counsel and unrepresented
parties