UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CAROLYN TORREY, for herself and for
J.T., her minor child**

    **Plaintiff,**

v.                                                    **Case No: 5:12-cv-662-Oc-10PRL**

**MARION COUNTY SCHOOL BOARD,
JAMES A. YANCEY, WILLIAM
HALDIN, BEVERLY MORRIS, JOHN
MCCOLLUM, GEORGE DON
RAYMOND, DIANA GREENE and RON
CRAWFORD**

    **Defendants.**

## ORDER

This case is before the Court for consideration of Plaintiff's Third Motion for Extension to File Responses to Motions to Dismiss (Doc. 45). The motion recites that counsel for Plaintiff is a sole practitioner whose clients are almost all indigent, and that she herself suffers from a disability. Counsel for Plaintiff states that she expects to continue working on the responses to the full extent she can and requests that the Court extend the deadline until September 20, 2013. As counsel for Plaintiff states, this is her third request on these grounds.

Plaintiff also recites that she attempted to confer with opposing counsel by electronic mail, but had not yet received a response by the time she filed the motion.

Upon due consideration, Plaintiff's Motion (Doc. 45) is Granted, and Plaintiff shall have until September 20, 2013 within which to file responses to the motions to dismiss. Counsel for Plaintiff is sternly cautioned, however, that no further extensions shall be granted absent a

showing of truly exigent circumstances. Counsel for Plaintiff is further cautioned that she must fully comply with Local Rule 3.01(g), which states, "[a] certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer."

**DONE** and **ORDERED** in Ocala, Florida on September 18, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties