## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CAROLYN TORREY, for herself and for**
**J.T., her minor child**

      **Plaintiff,**

**v.**                                                                    **Case No: 5:12-cv-662-Oc-10PRL**

**MARION COUNTY SCHOOL BOARD,**
**JAMES A. YANCEY, WILLIAM**
**HALDIN, BEVERLY MORRIS, JOHN**
**MCCOLLUM, GEORGE DON**
**RAYMOND, DIANA GREENE and RON**
**CRAWFORD**

      **Defendants.**

_____

### ORDER

This case is before the Court on the Plaintiff's Emergency Motion for Extension of Time to File a Response or Reply to Defendant's Motion to Compel Rule 35 mental examination of Plaintiff. (Doc. 61). Plaintiff states that counsel made a mistake about the due date of the Response, but expects to file a response on January 28, 2014. Plaintiff recites that she sent an email to counsel for the Defendants but has not yet received a response, and "wanted to get this into the Court as soon as possible."

Plaintiff's Emergency Motion for Extension of Time to File a Response to Defendant's Motion to Compel Rule 35 mental examination of Plaintiff (Doc. 61) is GRANTED, and Plaintiff shall have until January 28, 2014 within which to file a response. The Court does note, however, that while e-mail is often a useful way to communicate, merely sending an e-mail does not satisfy the conference requirement of Local Rule 3.01(g).

**DONE** and **ORDERED** in Ocala, Florida on January 28, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties