UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CAROLYN TORREY, for herself and for
JT, her minor child,

Plaintiff,

-vs-                                                                Case No.  5:12-cv-662-Oc-10PRL

MARION COUNTY SCHOOL BOARD,
JAMES A. YANCEY, WILLIAM HALDIN,
BEVERLY MORRIS, JOHN MCCOLLUM,
GEORGE DON RAYMOND, DIANA
GREENE, and RON CRAWFORD,

Defendants.
_____/

## O R D E R

This case is before the Court on the Plaintiff's Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 94).  No Defendant has filed an answer

or motion for summary judgment, and therefore the Plaintiff's Notice may operate to

dismiss this case.  However, the Court is aware that the Defendants have moved from

sanctions under Fed. R. Civ. P. 11 (Doc. 79), and the Plaintiff and her counsel cannot

avoid such sanctions (if they are due to be levied) simply by voluntarily dismissing their

case without prejudice.

Accordingly, within **TEN (10) days** from the date of this Order, the Defendants

shall respond in writing notifying the Court whether they wish to continue pursuing their

motion for sanctions, or if they wish to abandon the motion due to the Plaintiff's notice

of voluntary dismissal.  The Court will not take any further action on the Plaintiff's notice

of dismissal until the Defendants file this written response, or until the ten day period

expires, whichever is earlier.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 30th day of April, 2014.

UNITED STATES DISTRICT JUDGE


Copies to:   Counsel of Record
              Maurya McSheehy